```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                       10/5/2022

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY: ___JB___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TRISHA DENISE MEYER,<br>　aka "Trish Meyer,"<br>　aka "Denise Meyer,"<br>　aka "Mimi," and<br>ABDUL RAHMAN,<br>　aka "Manny Rahman,"<br><br>　　　　Defendants. | ED CR   5:22-cr-00235-JGB<br><br>I N D I C T M E N T<br><br>[16 U.S.C. §§ 1538(a)(1)(E), 1540(b)(1): Interstate Transportation of an Endangered Species in the Course of Commercial Activity; 16 U.S.C. §§ 1538(a)(1)(F), 1540(b)(1): Interstate Sale of an Endangered Species; 16 U.S.C. §§ 3372(a)(2)(C), 3373(d)(1)(B): Trafficking Prohibited Wildlife Species; 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B): Trafficking Endangered Species; 18 U.S.C. § 2(b): Causing an Act to be Done] |

　　The Grand Jury charges:

COUNT ONE

[16 U.S.C. §§ 1538(a)(1)(E), 1540(b)(1); 18 U.S.C. § 2(b)]

[ALL DEFENDANTS]

　　Between on or about April 17, 2021, and on or about May 4, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant TRISHA DENISE MEYER, also known as ("aka") "Trish Meyer," aka "Denise Meyer," aka "Mimi," and defendant ABDUL

RAHMAN, aka "Manny Rahman," knowingly delivered, received, transported, and shipped, and willfully caused the delivery, receipt, transportation, and shipment, in interstate commerce, by any means whatsoever and in the course of a commercial activity, an endangered wildlife species, namely, a live jaguar (*Panthera onca*).

COUNT TWO

[16 U.S.C. §§ 1538(a)(1)(F), 1540(b)(1)]

[DEFENDANT MEYER]

Between on or about April 17, 2021, and on or about May 4, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant TRISHA DENISE MEYER, also known as ("aka") "Trish Meyer," aka "Denise Meyer," aka "Mimi," knowingly sold and offered to sell in interstate commerce an endangered wildlife species, namely, a live jaguar (*Panthera onca*).

COUNT THREE

[16 U.S.C. §§ 3372(a)(2)(C), 3373(d)(1)(B); 18 U.S.C. § 2(b)]

[ALL DEFENDANTS]

Between on or about April 17, 2021, and on or about May 4, 2021, in Riverside County, within the Central District of California, and elsewhere, TRISHA DENISE MEYER, also known as ("aka") "Trish Meyer," aka "Denise Meyer," aka "Mimi," and defendant ABDUL RAHMAN, aka "Manny Rahman," knowingly and unlawfully transported, and willfully caused the transportation of, in interstate commerce, a prohibited wildlife species, namely, a live jaguar (*Panthera onca*), knowing that said wildlife had been sold in violation of or in a manner unlawful under an underlying law, treaty, or regulation, namely, the Endangered Species Act, and by knowingly engaging in conduct that involved the sale and purchase of, or the intent to sell or purchase, wildlife with a market value in excess of $350.

                        COUNT FOUR

      [16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B); 18 U.S.C. § 2(b)]

                       [ALL DEFENDANTS]

     Between on or about April 17, 2021, and on or about May 4, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant TRISHA DENISE MEYER, also known as ("aka") "Trish Meyer," aka "Denise Meyer," aka "Mimi," and defendant ABDUL RAHMAN, aka "Manny Rahman," knowingly engaged in conduct that involved the sale and purchase of, offer for sale and purchase of, and intent to sell and purchase an endangered wildlife species with a market value in excess of $350.00, namely, a live jaguar (*Panthera onca*), and knowingly transported, and willfully caused the transportation of, said endangered wildlife species, knowing that

//
//
//
//

said wildlife was sold in violation of, and in a manner unlawful, under the laws and regulations of the United States, specifically, Title 16, United States Code, Section 1538(a)(1)(F).

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section

JOSEPH O. JOHNS
Senior Trial Attorney
Environmental and Community Safety Crimes Section

6